UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RANDY QUAID and Mrs. EVGENIA H. QUAID,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CRAIG GRANET; et al.,<br><br>        Defendants - Appellees. | No. 25-1026<br><br>D.C. No. 2:24-cv-03455-MRA-JPR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

    The motion (Docket Entry No. 7) to withdraw as counsel for appellants is denied without prejudice to a renewed motion that provides the appellants' address.

    The existing briefing schedule remains in effect.

                                                     FOR THE COURT:

                                                     MOLLY C. DWYER<br>                                                     CLERK OF COURT