UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RANDY QUAID and EVGENIA H. QUAID, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CRAIG GRANET; et al., <br><br> Defendants - Appellees. | No. 25-270 <br><br> D.C. No. 2:24-cv-03455-MRA-JPR <br> Central District of California, Los Angeles <br><br> ORDER |
| RANDY QUAID and EVGENIA H. QUAID, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CRAIG GRANET; et al., <br><br> Defendants - Appellees. | No. 25-1026 <br> D.C. No. 2:24-cv-03455-MRA-JPR <br> Central District of California, Los Angeles |

Before: OWENS and DESAI, Circuit Judges.

The emergency motion (Docket Entry No. 16) for injunctive relief is denied. No motions for reconsideration, clarification, or modification of this denial will be entertained.

The existing briefing schedule remains in effect.